UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN K. D., <br><br> Plaintiff, <br><br> v. <br><br> SOCIAL SECURITY AND ORGANIZER II INC., <br><br> Defendants. | Case No.: 22cv1042-RBB <br><br> **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

On August 9, 2022, this Court issued an order dismissing Plaintiff's complaint without prejudice. (See Order, Aug. 9, 2022, ECF No. 8.) The Court provided Plaintiff the opportunity to file an Amended Complaint or before September 8, 2022, if he contends that he has exhausted his administrative remedies pursuant to 42 U.S.C. § 405(g) and his action was commenced within sixty days after notice of a final decision. (Id. at 6.) The Court advised Plaintiff that the failure to file an Amended Complaint within the time allotted would result in the entry of a final order dismissing this civil

1

action with prejudice.  (Id. at 6-7.)  Plaintiff has not filed an Amended Complaint.  Accordingly, this action is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

Dated:  September 15, 2022

                                                        Hon. Ruben B. Brooks
                                                        United States Magistrate Judge